THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CV-231-D

| | |
|---|---|
| STEVEN GUY BEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOR APPROVAL OF |
| vs. ) | ATTORNEY FEES UNDER THE EQUAL |
| ) | ACCESS TO JUSTICE ACT, |
| CAROLYN W. COLVIN, ) | 28 U.S.C §2412 |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

The Court has reviewed the Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412. The fee requested is reasonable.

Therefore, it is ORDERED that Defendant pay to Plaintiff, sent to the address of Plaintiff's counsel, an award under the EAJA in the amount of $5,454.40 for attorney fees and $6.65 for expenses.

It is so ORDERED this the __13__ day of __February__, 2015.

JAMES C. DEVER III
Chief United States District Judge