UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| STEVEN GUY BEST, ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 4:13-CV-231-D** |
| CAROLYN W. COLVIN, Acting Commissioner ) | |
| of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the amount of $15,726.00 is authorized in attorney fees for representation before this Court, which represents 25% of the past-due Social Security disability benefits paid on plaintiff's account less $5,454.00 already paid for administrative work. This amount shall be deducted from plaintiff's past due Social Security disability benefits and paid by the Social Security Administration to plaintiff's attorney. Out of this amount plaintiff's attorney will return to the plaintiff $5,454.40, the amount of the EAJA fee to plaintiff.

**This Judgment Filed and Entered on August 29, 2016, and Copies To:**

Janet M. Lyles                                                      (via CM/ECF Notice of Electronic Filing)

Peter A. Heinlein                                                  (via CM/ECF Notice of Electronic Filing)

DATE:                                           JULIE RICHARDS JOHNSTON, CLERK

August 29, 2016                              (By) /s/ Nicole Briggeman
                                                          Deputy Clerk